United States District Court
Southern District of New York
------------------------------------------------------------------- x

KAYHEEM LILLY,

                                      Plaintiff,

              - against -

THE CITY OF NEW YORK; NYPD DETECTIVE MALCOLM FREEMAN, SHIELD NO. 7049; NYPD POLICE OFFICER SOUL KIM, SHIELD NO. 10804; NYPD POLICE OFFICER ANDREW HONG; NYPD POLICE SERGEANT DONALD CAMBRIDGE; NYPD DETECTIVE JORGE TAJEDA; NYPD DETECTIVE FRANK BATISTA; NYPD SERGEANT KEVIN WHETSTONE; JOHN DOE SERGEANT; JOHN DOES; and RICHARD ROES,

                                      Defendants.

**NOTICE OF APPEAL**

No. 16 Civ. 322 (ER)

------------------------------------------------------------------- x

      Notice is hereby given that defendants City of New York, Malcolm Freeman, and Soul Kim appeal to the United States Court of Appeals for the Second Circuit from the judgment entered August 17, 2017 (ECF No. 37).

Dated:    New York, New York
            September 12, 2017

                                        ZACHARY W. CARTER
                                        *Corporation Counsel*
                                        *of the City of New York*
                                        Attorney for Defendants
                                        City of New York, Malcolm Freeman,
                                        and Soul Kim

                              By: _____
                                        Claude S. Platton
                                        Deputy Chief, Appeals Division
                                        100 Church Street
                                        New York, New York 10007
                                        212-356-2500
                                        cplatton@law.nyc.gov

To:  JEFFREY A. ROTHMAN
     *Counsel for Plaintiff*
     315 Broadway, Suite 200
     New York, New York 10007
     212-227-2980