UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| KAYHEEM LILLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -against- | ) **NOTICE OF** |
| | ) **CROSS-APPEAL** |
| THE CITY OF NEW YORK; NYPD DETECTIVE | ) |
| MALCOLM FREEMAN, Shield No. 7049; NYPD | ) **16 Civ. 322 (ER)** |
| POLICE OFFICER SOUL KIM, Shield No. 10804; | ) |
| NYPD POLICE OFFICER ANDREW HONG; | ) |
| NYPD POLICE SERGEANT DONALD | ) |
| CAMBRIDGE; NYPD DETECTIVE JORGE | ) |
| TAJEDA; NYPD DETECTIVE FRANK | ) |
| BATISTA; NYPD SERGEANT KEVIN | ) |
| WHETSTONE; JOHN DOE SERGEANT; JOHN | ) |
| DOES; and RICHARD ROES, | ) |
| | ) |
| Defendants. | ) |

-----------------------------------------------------------------X

Notice is hereby given that the Plaintiff in this action hereby cross-appeals to the United States Court of Appeal for the Second Circuit from the Judgment entered August 17, 2017 (docket # 37).

Defendants' Notice of Appeal was filed with this Court on September 12, 2017 (docket # 39).

Dated: September 26, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　JEFFREY A. ROTHMAN, Esq.
　　　　　　　　　　　　　　　　　315 Broadway, Suite 200
　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　(212) 227-2980
　　　　　　　　　　　　　　　　　Attorney for Plaintiff-Appellee / Cross-Appellant

BY ECF TO:

OFFICE OF THE CLERK
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

ELISSA FUDIM, ESQ.
CLAUDE S. PLATTON, ESQ.
ELINA DRUKER, ESQ.
New York City Law Department
100 Church Street
New York, New York 10007
(212) 356-2500
Attorneys for Defendants