**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KAYHEEM LILLY,

                Plaintiff,

-against-                                                                 16 CIVIL 322 **(ER)**

                                                                     **AMENDED JUDGMENT FOR**

                                                                     **ATTORNEY'S FEES AND COSTS**

THE CITY OF NEW YORK, NYPD DETECTIVE
MALCOM FREEMAN, NYPD POLICE OFFICER
SOUK KIM, NYPD OFFICER ANDREW HONG,
NYPD POLICE SERGEANT DONALD
CAMBRIDGE, NYPD DETECTIVE JORGE
TAJEDA, NYPD DETECTIVE FRANK BATISTA,
NYPD SERGEANT KEVIN WHETSTONE, JOHN
DOE SERGEANT, JOHN DOES and RICHARD
ROES,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

Set forth in the August 15 Order, and the Order dated April 6, 2021, Mr. Rothman is awarded $20,838.99 in

attorney's fees and costs, and the case is closed.


**Dated:**  New York, New York
          April 7, 2021


                                                          **RUBY J. KRAJICK**
                                                          _____
                                                             **Clerk of Court**
                                       **BY:**
                                                             **Deputy Clerk**